UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO E. GARCIA, JR.,<br><br>                       Plaintiff,<br><br>               v.<br><br>CITY OF WEST COVINA, et al.,<br><br>                     Defendants. | Case No. 18-CV-953 VAP (SHK)<br><br>**MEMORANDUM AND ORDER DENYING EXTENSION REQUEST AND SUMMARILY DISMISSING ACTION** |

On February 6, 2018, Danilo E. Garcia, Jr. ("Mr. Garcia"), who is currently incarcerated, filed a "Request for Extension" to file a "Civil Complaint, Civil Cover Sheet, Certification And Notice Of Interest [sic] Parties, Request To Proceed In Forma Pauperis With Declaration in Support." Electronic Case Filing Number ("ECF No.") 1 at 1-2. Mr. Garcia states that these documents are due by February 9, 2018. Id. at 1. It is unclear, why Mr. Garcia believes this is the case.

Under Article III of the Constitution, federal courts may only adjudicate actual cases or controversies. U.S. Nat'l Bank v. Independent Ins. Agents of Am., Inc., 508 U.S. 439, 446, 113 S. Ct. 2173, 124 L. Ed. 2d 402 (1993). Because Mr. Garcia has not actually filed a case alleging any wrongdoing, there is no case or

controversy properly before the Court.  Therefore, the Court lacks jurisdiction to grant a request for extension of time to file certain documents, which may or may not be timely.  See McDade v. Warden, No. CV 10–08507 JVS (SS), 2010 WL 4795377, at *1 (C.D. Cal. Nov. 16, 2010) (no jurisdiction to decide timeliness or entitlement to equitable tolling in advance of filing of Section 2254 petition); see also United States v. Cook, 795 F.2d 987, 994 (Fed. Cir. 1986) (district court erred by tolling statute of limitations in advance of the filing of potential claims).

IT IS ORDERED that Mr. Garcia's Request for Extension of Time is DENIED, and that Judgment be entered summarily dismissing this action, without prejudice.  IT IS FURTHER ORDERED that the Clerk of Court serve a copy of this Order and the Judgment on Mr. Garcia at his current address of record.

Dated: February 28, 2018

_____
HON. VIRGINIA A. PHILLIPS
United States District Judge

Presented by:

_____
HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge

2