JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO E. GARCIA, JR., | Case No. 18-CV-953 VAP (SHK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF WEST COVINA, et al., | |
| Defendants. | |

Pursuant to the Memorandum and Order Denying Extension Request and Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that the request is DENIED and this action is DISMISSED, WITHOUT PREJUDICE.

Dated: February 28, 2018

_____
HON. VIRGINIA A. PHILLIPS
United States District Judge